Estela Maria Hernandez DE
MONTES, Petitioner,

v.

Jefferson B. SESSIONS III, Attorney
General, Respondent.

No. 09-72065

United States Court of Appeals,
Ninth Circuit.

Argued July 12, 2017

Resubmitted August 22, 2017 San
Francisco, California

Filed August 24, 2017

Inna Lipkin, Esquire, Counsel, Law Offices of Inna Lipkin, Redwood City, CA, for Petitioner

Nancy Ellen Friedman, Trial Attorney, OIL, Gregory A. Pennington, Jr., Esquire, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GRABER and FRIEDLAND, Circuit Judges, and MARSHALL,* District Judge.

MEMORANDUM **

Petitioner Estela Maria Hernandez De Montes petitions for review of an order by the Board of Immigration Appeals denying Petitioner's third motion to reopen to reap-

ply for asylum, for withholding of removal and relief under the Convention Against Torture, and to reapply for cancellation of removal (the "Motion"). The Motion sought relief based on Petitioner's husband's then-existing medical condition—"end stage renal failure awaiting availability of an organ transplantation," which "requires hemodialysis three (3) times per week." Petitioner's husband has since received a kidney transplant.

Accordingly, we dismiss the appeal as moot. See Pilate v. Burrell (In re Burrell), 415 F.3d 994, 998 (9th Cir. 2005) ("A case is moot if the issues presented are no longer live and there fails to be a 'case or controversy' under Article III of the Constitution."); Pub. Utils. Comm'n v. FERC, 100 F.3d 1451, 1458 (9th Cir. 1996) ("The court must be able to grant effective relief, or it lacks jurisdiction and must dismiss the appeal.").

**DISMISSED.**

---

* The Honorable Consuelo B. Marshall, Senior United States District Judge for the Central District of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.